United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICK FUTIA,

                Plaintiff,

    v.

COUNTRYWIDE SHOPING CTR., et al.,

                Defendants.

Case No. 5:14-cv-04148-PSG

**ORDER TO SHOW CAUSE**

On September 15, 2014, Plaintiff Rick Futia filed a complaint against Defendants Countrywide Shoping Ctr., Countrywide Shopping Ctr. and Countryside Shopping Center, LLC .[1] Plaintiff has not served this complaint on Defendants.  Rule 4(m) requires service within 120 days after the complaint is filed.  Plaintiff therefore shall show cause why this case should not be dismissed for failure to prosecute.  Plaintiff shall comply with this order within 14 days.

**SO ORDERED.**

Dated: February 13, 2015

_Paul S. Grewal_
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 1.

1

Case No. 5:14-cv-04148-PSG
ORDER TO SHOW CAUSE