United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICK FUTIA,

                   Plaintiff,

     v.

COUNTRYWIDE SHOPING CTR., et al.,

                  Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No. 5:14-cv-04148-PSG

**ORDER DISSOLVING ORDER TO SHOW CAUSE**

On September 15, 2014, Plaintiff Rick Futia filed a complaint against Defendants Countrywide Shoping Ctr., Countrywide Shopping Ctr. and Countryside Shopping Center, LLC .[1] On February 13, 2015, this court issued an order to show cause based on Futia's apparent failure to serve his complaint on Defendants.[2]  On February 24, 2015, Futia filed a certificate of service validating that service was properly effected on September 23, 2014, well within Rule 4(m)'s 120-day requirement.[3]  The order to show cause is hereby DISSOLVED.

---

[1] *See* Docket No. 1.

[2] *See* Docket No. 9.

[3] *See* Docket No. 10.

Case No. 5:14-cv-04148-PSG
ORDER DISSOLVING ORDER TO SHOW CAUSE

1

**SO ORDERED.**

2

Dated: February 25, 2015

3

PAUL S. GREWAL

4

United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Case No. 5:14-cv-04148-PSG
ORDER DISSOLVING ORDER TO SHOW CAUSE